## Commonwealth *v.* Helms, Appellant.

Be-

fore GEISZ, J.

Submitted March 28, 1974. *Peter B. Scuderi,* for appellant; *James Garrett, David Richman, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys; *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.